# United States Court of Appeals for the Federal Circuit

---

**LIFE SPINE, INC.,**
*Appellant*

**v.**

**GLOBUS MEDICAL, INC.,**
*Appellee*

---

2024-2167

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01434.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

June 4, 2026
Date

Jarrett B. Perlow
Clerk of Court